## MANCUSO *v.* COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK.

No. 117.   Decided October 12, 1959.

*Anthony J. Fernicola* for appellant.

*Eliot H. Lumbard, Nathan Skolnik* and *Arnold M. Weiss* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## BIRNEL *v.* TOWN OF FIRCREST.

No. 182.   Decided October 12, 1959.

*Alfred J. Schweppe* for appellant.

*Thomas R. Garlington; Creighton C. Flynn* and *Robert R. Briggs* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.